UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Norman Fuchs,<br><br>      Plaintiff,<br><br>-against-<br><br>Enhanced Recovery Company, LLC,<br><br>      Defendant. | Civil Action No.: 12 CV 1640<br><br>ECF Case (NGG)<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Norman Fuchs, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Enhanced Recovery Company, LLC.

Date: May 18, 2012

              _____
              Samuel A. Ehrenfeld
              FREDRICK SCHULMAN & ASSOCIATES
              *Attorneys for Plaintiff*
              30 East 29th Street
              New York, New York 10016
              (212) 796-6053