UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Norman Fuchs,<br><br>                Plaintiff,<br><br>-against-<br><br>Enhanced Recovery Company, LLC,<br><br>                Defendant. | Civil Action No.: 12 CV 1640<br><br>ECF Case (NGG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 31 2012 ★
BROOKLYN OFFICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Norman Fuchs, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Enhanced Recovery Company, LLC.

Date: May 18, 2012

So ordered.
s/Nicholas G. Garaufis
7/31/12

Samuel A. Ehrenfeld
FREDRICK SCHULMAN & ASSOCIATES
*Attorneys for Plaintiff*
30 East 29th Street
New York, New York 10016
(212) 796-6053